JOHN W. HUBER, United States Attorney (#7226)
RICHARD W. DAYNES, Assistant United States Attorney (#5686)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: richard.daynes@usdoj.gov

FILED
U.S. DISTRICT COURT

2017 SEP 20  P 3:31

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STACEY LEE COSGROVE, a.k.a. Stacey Lee Pidgeon,<br><br>Defendant. | INDICTMENT<br><br>VIO.: 18 U.S.C. § 871, Threats Against the President-Elect.<br><br>Case: 2:17-cr-00550<br>Assigned: Parrish, Jill<br>Assign. Date : 9/20/2017<br>Description: USA v. |
|---|---|

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 871,
Threats Against the President-Elect of the United States

On or about November 26, 2016, in the Central Division of the District of Utah,

STACEY LEE COSGROVE, a.k.a. Stacey Lee Pidgeon,

defendant herein, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President-elect, specifically she posted on her Facebook account: "I will

//

//

kill the president of the United States….", all in violation of 18 U.S.C. § 871.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
RICHARD W. DAYNES
Assistant United States Attorney